# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. DURANT,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>BASILE, INC.,<br><br>　　　　　　Defendant. | CASE NO. 17cv145-LAB (NLS)<br><br>**ORDER STRIKING MOTION [Dkt. 9]** |

John Durant filed a motion to strike Basile's answer but failed to obtain a hearing date. Civil Local Rules 7.1. The Court orders the motion stricken and directs the clerk to remove the motion from the docket. Civ. L. R. 83.1(a); *Kashin v. Kent*, 2007 WL 1975435, at *1 (S.D. Cal. Apr. 26, 2007), *aff'd*, 342 F. App'x 341 (9th Cir. 2009) ("The requirement that a party obtain a hearing date from the judge's clerk is no empty formality; it is a rule of substantial importance.").

Durant may refile the motion after his *attorney* obtains a hearing date. Calling Chambers to obtain a hearing date is the only reason either side should contact Chambers ex parte. Standing Order § 14. The Court directs both sides to review the Local Rules and Judge Burns's Standing Order.

**IT IS SO ORDERED.**

DATED: 5-2-17

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**HONORABLE LARRY ALAN BURNS**
　　　　　　　　　　　　　　　　　United States District Judge